# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACINTO ROMERO, and RAMIRO CERDA dba Yo No Fui Clothing,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ALESSA GIACOBINO, and Does 1-10,<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:13-cv-02046-AWI-SKO<br><br>**ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME TO FILE DEFAULT JUDGMENT**<br><br>(Doc. 7) |

　　　　On December 16, 2013, Plaintiffs Jacinto Romero and Ramiro Cerdo dba Yo No Fui Clothing ("Plaintiffs") filed a complaint against Defendants Alessa Giacobiono and Does 1-10 (collectively, "Defendants"). (Doc. 1.) On March 26, 2014, Defendant Giacobino was served. (Doc. 5.) Defendant Giacobino did not file an answer by April 16, 2014, as required, and has not filed an answer or appeared in this matter since. (Doc. 5.) On May 15, 2014, the Court vacated the Initial Scheduling Conference in this matter and ordered Plaintiffs to file a Motion for Default Judgment no later than July 14, 2014. On July 8, 2014, Plaintiffs filed a request for a 54-day continuance of the deadline until August 31, 2014, to file the motion for default judgment. (Doc. 7.)

//

//

//

1  As this is Plaintiffs' first request for an extension in this matter, and good cause appearing,
2  IT IS HEREBY ORDERED that Plaintiffs' motion for a 54-day extension of time to file default
3  judgment is GRANTED.  Plaintiffs are ORDERED to file a Motion for Default Judgment against
4  Defendants by no later than August 31, 2014.

IT IS SO ORDERED.

Dated:   **July 9, 2014**                                         **/s/ Sheila K. Oberto**
                                                                   UNITED STATES MAGISTRATE JUDGE