# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACINTO ROMERO, an individual; and RAMIRO CERDA, an individual d/b/a Yo No Fui Clothing,<br><br>    Plaintiffs,<br><br>v.<br><br><br>ALESSIA GIACOBINO, and individual; and DOES 1-10, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 1:13-cv-02046-AWI-SKO<br><br>**ORDER RESCHEDULING HEARING TO DETERMINE DAMAGES**<br><br>(Doc. 19) |

    Plaintiffs Jacinto Romero and Ramiro Cerda ("Plaintiffs") filed a Complaint on December 16, 2013, for trademark infringement, unfair competition, and false designation of origin. (Doc. 1.) Defendant Alessia Giacobino was served on March 26, 2014; the answer to the complaint was due on April 16, 2014. (Doc. 5.) The clerk entered default against Defendant on August 29, 2014, and Plaintiffs filed their Motion for Default Judgment on November 13, 2014. (Docs. 11, 15.) Plaintiffs requested a hearing pursuant to Fed. R. Civ. Proc. 55(b)(2), which was set for January 14, 2015. (Docs. 16, 17.)

    Plaintiffs have been unable to effect service upon the Defendant as he resides in Italy. (Doc. 18, 1.) Plaintiffs request that the hearing to determine damages be rescheduled to allow for proper foreign service of notice of the hearing and the documentation supporting their request for damages. (Doc. 18, 1.)

IT IS HEREBY ORDERED that:

1. The hearing to determine damages set for January 14, 2015, is VACATED, and the hearing is RESET to June 17, 2015, at 9:30 a.m. in Courtroom 7; and

2. Plaintiffs shall FILE proofs of service of the Court's order and notice of the reset hearing on Defendant by no later than April 1, 2015.

IT IS SO ORDERED.

Dated: **December 17, 2014**                         /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE

2